01-00-00408-CR

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

FEB 1 2 2015

CHRISTOPHER A. PRINE
CLERK

Dear. Mr. Christopher A. Prine

   I have improperly filed this "Motion to Object to Trial Court Reporter's Record Filed In Court of Appeals, And Move Court of Appeals To Order Trial Court Reporter's To Produce State's Witnesses Statements," in the Court of Appeals first before, given the trial court a opportunity to rule on the motion first.

   I am asking this court clerk to dismiss the motion or hold the motion in "abeyance" "please". Until trial court make ruling on the motion first.

   The motion was mailed out on 1/18/15 to you from the Robertson Unit.

"Thank You"

Cindy R. McCall

2/6/15

Mr. Andre R. McCall
TDC# 912725 19218
ROBERTSON UNIT
12071 FM 3522
Abilene, Tx. 79601



ABILENE TX 796

09 FEB 2015 PM 1 L

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

FEB 1 2 2015

CHRISTOPHER A. PRINE
CLERK _____

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

FEB 1 2 2015

CHRISTOPHER A. PRINE

CLERK_____

Mr. Christopher A. Prine
Clerk of the Court of Appeals
301 Fannin St.
Houston, Tx 77002-2066

77002+2066